IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STACIA CULLORS, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>BEECH-NUT NUTRITION COMPANY, et al.,<br><br>      Defendants. | Case No.: 1:22-cv-05402 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Colleen Carey Gulliver, a partner with DLA Piper LLP (US), hereby enters an appearance in the above-captioned action as counsel for Defendant Nurture, LLC (f/k/a Nurture, Inc.) and respectfully requests that all notices and other papers in this action be served upon the undersigned at the address stated below.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
       July 7, 2022

Respectfully submitted,

**DLA PIPER LLP (US)**

By: */s/ Colleen Carey Gulliver*
    Colleen Carey Gulliver

1251 Avenue of the Americas
New York, New York 10020
Tel.: (212) 335-4737
Fax: (917) 778-8037
Email: colleen.gulliver@us.dlapiper.com

*Attorney for Defendant Nurture, LLC.*