USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/7/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STACIA CULLORS, an individual; L.P., a minor, N.B., a minor, and V.B., a minor, through their guardian ad litem STACIA CULLORS; ANTHONY BACANI, an individual; D.B., a minor and E.B., a minor, through their guardian ad litem ANTHONY BACANI; JENNIFER CULLORS, an individual; A.C., a minor, and J.C., a minor, through their guardian ad litem JENNIFER CULLORS, and on behalf of all others similarly situated,

           Plaintiffs,

-against-

NURTURE, INC.,

           Defendant.

1:22-cv-05402

<u>ORDER TO AMEND CAPTION</u>

MARY KAY VYSKOCIL, United States District Judge:

      On February 25, 2022, Plaintiffs filed this putative class action against Defendants Beech-Nut Nutrition Company, Nurture, Inc., Plum, Inc. d.b.a. Plum Organics, Gerber Products Company, Walmart, Inc., and Sprout Foods, Inc. in Los Angeles Superior Court. [ECF No. 1]. That case was timely removed to the United States District Court for the Central District of California. [ECF No. 1].

      On June 22, 2022, the District Court for the Central District of California granted Defendants' Motion to Sever Claims and Transfer Venue. As a result, the claims asserted against Nurture, Inc. only were transferred to the Southern District of New York. [ECF No. 52].

      Accordingly, the clerk of court respectfully is requested to amend the caption of this case to reflect that only those claims asserted against Nurture, Inc. have been transferred to the Southern District of New York.

**SO ORDERED.**

Date:  July 7, 2022
       New York, NY

_____
**MARY KAY VYSKOCIL
United States District Judge**